THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 AUG -3  A 9: 47

| | |
|---|---|
| GERALD L. BROWN, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIV. A. NO. SA-05-CA-0779-RF |
| § | |
| BANK OF AMERICA, § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gerald L. Brown, Jr. and Defendant Bank of America, N.A., having resolved the claims forming the basis for this action, jointly stipulate and move the Court to dismiss with prejudice the above-captioned case, each party to bear his or its own costs, expenses, and attorneys' fees.

Dated: August 2, 2006.

1

DLI-6009699v1

Respectfully submitted,

*(signature)*

Matthew W. Ray
Texas State Bar No. 00788248
Brian A. Lambert
Texas State Bar No. 24041287
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 220-3939 (Telephone)
(214) 969-5100 (Facsimile)

**ATTORNEYS FOR DEFENDANT BANK OF AMERICA, N.A.**

*Ted Cackowski (by permission BL)*

Ted Cackowski, Esq.
Texas State Bar No. 03575900
Law Office of Ted Cackowski
101 Stumberg
San Antonio, TX 78204
(210) 299-4477 (Telephone)
(210) 299-4478 (Facsimile)

**ATTORNEY FOR PLAINTIFF GERALD L. BROWN, JR.**

2

DLI-6009699v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, a true and correct copy of the foregoing Joint Stipulation of Dismissal With Prejudice served on Plaintiff's counsel of record via overnight delivery addressed as follows:

>  Ted Cackowski
>  Law Offices of Tec Cackowski
>  101 Stumberg
>  San Antonio, Texas 78204

_____
Brian Lambert

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GERALD L. BROWN, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIV. A. NO. SA-05-CA-0779-RF |
| BANK OF AMERICA, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the above-captioned case be, and hereby is, dismissed with prejudice, each party to bear his or its own costs, expenses, and attorneys' fees.

SIGNED this _____ day of _____, 2006.

_____
ROYAL FERGUSON
UNITED STATES DISTRICT JUDGE

DLI-6009699v1